Jean Bernard GERMAIN, Plaintiff–Appellant,

v.

Thomas CORCORAN, Warden of M.C.A.C.; Lena Kent, Lieutenant; Daniel Stielper, Correctional Officer, Respondents–Appellees.

No. 00–7697.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 29, 2001.

Jean Bernard Germain, pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, MD, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Jean Bernard Germain appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Germain v. Corcoran,* No. CA–00–195–JFM (D.Md. Nov. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*